In the Matter of TOWN OF MONTAUK, INC., Appellant, v GEORGE E. PATAKI, as Governor of the State of New York, et al., Respondents.

Submitted October 17, 2005; decided October 27, 2005

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

NORTH FORK BANK, Respondent, v K. GEORGE CARVALHO, Defendant, and DONNA CARVALHO, Appellant.

DONNA CARVALHO, Appellant, et al., Plaintiffs, v NEW YORK PROPERTY INSURANCE UNDERWRITERS ASSOCIATION et al., Defendants. WEG AND MYERS, P.C., Nonparty Respondent.

Submitted August 29, 2005; decided October 27, 2005

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the actions within the meaning of the Constitution. Motion for poor person relief dismissed as academic.